IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARLANA CHAFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 2:12-cv-00304-WCO-JCF |
| STEVE CRONIC, in his official ) | |
| capacity as Hall County Sheriff, LT. ) | |
| MCNEIL, in his individual capacity, and ) | |
| in their individual capacities, unnamed ) | |
| current and/or former employees of the ) | |
| Hall County Sheriff's Office, involved ) | |
| in the incidents made subject of this suit, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

**COMES NOW**, EMILIA C. WALKER and hereby enters an appearance on behalf of Plaintiff, Marlana Chaffer, in the above-styled action. In addition to the other attorneys of record, please send all future correspondence, orders, discovery requests, motions, briefs, and related materials to:

Emilia C. Walker, Esq.
Fincher Denmark Williams & Minnifeld, LLC
2262 Mt. Zion Road
Jonesboro, GA  30236
ewalker@fdwlaw.com
770-478-9950 (Phone)
770-471-9948 (Fax)

Respectfully submitted this 12th day of March, 2013.

        FINCHER DENMARK WILLIAMS & MINNIFELD, LLC


      /s/ Emilia C. Walker_____
      WINSTON A. DENMARK
      Georgia Bar No. 211751
      EMILIA C. WALKER
      Georgia Bar No. 558385

2262 Mount Zion Road
Jonesboro, Georgia  30236
770-478-9950 Office
770-478-9948 Fax
ewalker@fdwlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **MARLANA CHAFFER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO.** |
| ) | **2:12-cv-00304-WCO-JCF** |
| **STEVE CRONIC, in his official** ) | |
| **capacity as Hall County Sheriff, LT.** ) | |
| **MCNEIL, in his individual capacity, and** ) | |
| **in their individual capacities, unnamed** ) | |
| **current and/or former employees of the** ) | |
| **Hall County Sheriff's Office, involved** ) | |
| **in the incidents made subject of this suit,** ) | |
| ) | |
| **Defendants.** ) | |

_____

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a copy of this **ENTRY OF APPEARANCE** by filing a copy of the same via PACER SYSTEM electronic file and serve which ensures delivery to the following:

William H. Buechner, Jr.
Benton J. Mathis, Jr.
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

This 12th day of March, 2013.

*s/Emilia C. Walker*
EMILIA C. WALKER
Georgia State Bar No.: 558385
