UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| MARLANA CHAFFER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE CRONIC in his official capacity as Hall County Sheriff, LT. MCNEIL in his individual capacity, and, in their individual capacities, unnamed current and/or former employees of the Hall County Sheriff's Office involved in the incidents made subject to this suit. | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 2:12-cv-304-WCO-JCF |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, the Defendants in the above-referenced case, and pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, and file this, their Motion for Summary Judgment on all claims set forth in Plaintiff's Complaint on the ground of judicial estoppel, there being no genuine issue as to any material facts.

In support of their Motion, the Defendants rely on (1) their Statement Of Materials Facts As To Which There Exists No Genuine Issue To Be Tried and

Memorandum of Law filed simultaneously herewith; (2) the documents attached hereto as Exhibits 1-18;[1] and (3) all pleadings filed in this matter.

**WHEREFORE,** the Defendants pray that their Motion for Summary Judgment be granted and that the Court dismiss this case with prejudice.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*s/ Benton J. Mathis, Jr.*
Benton J. Mathis, Jr.
Georgia Bar No. 477019
William H. Buechner, Jr.
Georgia Bar No. 086392

Attorneys for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
bmathis@fmglaw.com
bbuechner@fmglaw.com

---

[1] Exhibit 16 consists of a recording of the Meeting of the Creditors conducted on November 5, 2012 in connection with Plaintiff's bankruptcy case, as well as a transcript thereof. Defendants are manually filing the original recording of the 11/5/12 Meeting of the Creditors. The transcript is electronically filed as part of Exhibit 16.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| MARLANA CHAFFER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE CRONIC in his official ) | CIVIL ACTION FILE NO. |
| capacity as Hall County Sheriff, LT. ) | 2:12-cv-304-WCO-JCF |
| MCNEIL in his individual capacity, ) | |
| and, in their individual capacities, ) | |
| unnamed current and/or former ) | |
| employees of the Hall County ) | |
| Sheriff's Office involved in the ) | |
| incidents made subject to this suit. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Winston A. Denmark
Emilia C. Walker
Fincher Denmark Williams & Minnifield LLC
8024 Fairoaks Court
Jonesboro, Georgia 30236

This 4th day of October, 2013.

                                                            *s/ Benton J. Mathis, Jr.*
                                                            Benton J. Mathis, Jr.
                                                            Georgia Bar No. 477019
                                                            bmathis@fmglaw.com

                                                            Attorney for the Defendants

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
872088